Submitted March 22, affirmed March 25, petition for
rehearing denied July 12, 1971

STATE OF OREGON, *Respondent, v.*
KENNETH W. SIMONSON, *Appellant.*
482 P2d 546

Lee M. Zittenfield, Portland, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

MEMORANDUM DECISION.

*State v. Gann,* 254 Or 549, 463 P2d 570 (1969).